IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RALPH P FOSTER,

      Plaintiff,

v.                                                                      CASE NO. 1:05-cv-00108-MP-AK

STEPHEN OELRICH,
PRISON HEALTH SERVICES INC,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 81, Notice of Settlement, filed by Plaintiff Ralph

P. Foster.  In the notice, the parties indicate that a settlement has been reached as to all claims.

Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.    The plaintiff's complaint is dismissed with prejudice and this case is
closed.

      2.    The Court will retain jurisdiction for 90 days, however, to ensure that
settlement is effected.

      **DONE AND ORDERED** this *25th* day of March, 2008


      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge